RECEIVED

MAY 2 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

M.R.B. (XXX-XX-2462)                           CIVIL ACTION NO. 13-cv-1499

VERSUS                                         JUDGE STAGG

U.S. COMMISSIONER SOCIAL                       MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is affirmed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 21st day of May, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE